**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

*In re: Suboxone (Buprenorphine/Naloxone)* )   **MDL Docket No. 3092**
*Film Marketing, Sales Practices, and* )
*Products Liability Litigation* )

**SCHEDULE OF ACTIONS**

| | **Case Caption** *(Defendants as named by Plaintiff)* | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1 | **Plaintiff:** Janice Jackson<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Middle District of Georgia (Macon) | 5:23-CV-00425 | Hon. C. Ashley Royal |
| 2 | **Plaintiff:** Debra Lonask<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Illinois (Chicago) | 1:23-CV-15300 | Hon. Andrea R. Wood |

| | **Case Caption** *(Defendants as named by Plaintiff)* | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 3 | **Plaintiff:** Ronald Anderson<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Illinois (Chicago) | 1:23-CV-15323 | Hon. Matthew F. Kennelly |
| 4 | **Plaintiff:** Kelsie Johnson<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Southern District of Illinois (East St. Louis) | 3:23-CV-03483 | Hon. Gilbert C. Sison |
| 5 | **Plaintiff:** Timothy Trottier Jr.<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, District of North Dakota | 3:23-CV-00220 | Chief Judge – Hon. Peter D. Welte |

| | **Case Caption** *(Defendants as named by Plaintiff)* | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 6 | **Plaintiff:** David Sorensen<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-01855 | Hon. Pamela A. Barker |
| 7 | **Plaintiff:** Haleigh Graham<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-01865 | Hon. Solomon Oliver, Jr. |
| 8 | **Plaintiff:** Teresita Badalamenti<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-01876 | Hon. Solomon Oliver, Jr. |

|   | **Case Caption** *(Defendants as named by Plaintiff)* | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 9 | **Plaintiff:** Keith King<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-01924 | Hon. Pamela A. Barker |
| 10 | **Plaintiff:** Santo Pietro<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-02021 | Hon. Pamela A. Barker |
| 11 | **Plaintiff:** Steve Badalamenti<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-02022 | Hon. Christopher A. Boyko |

|    | **Case Caption** *(Defendants as named by Plaintiff)* | **Court** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|
| 12 | **Plaintiff:** Jeremy Schie<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-02024 | Hon. J. Philip Calabrese |
| 13 | **Plaintiff:** Christian Miller<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-02026 | Hon. Pamela A. Barker |
| 14 | **Plaintiff:** Stefanie Zubal<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Cleveland) | 1:23-CV-02081 | Hon. J. Philip Calabrese |

| | **Case Caption** *(Defendants as named by Plaintiff)* | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 15 | **Plaintiff:** Ryan Bennett<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., MonoSol Rx, Inc., Monosol, LLC, Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd | U.S. District Court, Northern District of Ohio (Toledo) | 3:23-CV-02148 | Hon. Jeffrey J. Helmick |
| 16 | **Plaintiff:** Lindsay Pietro<br><br>**Defendants:** Indivior Inc., Indivior PLC, Indivior Solutions, Inc., Aquestive Therapeutics, Inc., Reckitt Benckiser LLC, Reckitt Benckiser Healthcare (UK) Ltd. | U.S. District Court, Northern District of Ohio, Eastern Division (Cleveland) | 1:23-CV-02260 | Hon. Charles E. Fleming |